DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTIAGO SEVILLA-GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>SANTIAGO SEVILLA-GUERRERO,  )<br>                            )<br>            Defendants.     )<br>                            )<br>_____) | Case No. 2:07-cr-00506-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 24, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

　　　It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, SANTIAGO SEVILLA-GUERRERO by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of January 3, 2008 be vacated and that a status conference be set for January 24, 2008 at 9:00 a.m.

///

///

///

This continuance is being requested because defense counsel just received the pre-plea probation report and plea offer and needs time to present them to Mr. Sevilla-Guerrero with the help of a Spanish-language interpreter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 24, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 28, 2007         Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ RACHELLE BARBOUR
                                 _____
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SANTIAGO SEVILLA-GUERRERO

                                 McGREGOR SCOTT
                                 United States Attorney

                                 /s/ Rachelle Barbour for
DATED: December 28, 2008         _____
                                 KYLE REARDON
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**