DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTIAGO SEVILLA-GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTIAGO SEVILLA-GUERRERO, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 2:07-cr-00506-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: February 7, 2008 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

    It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, SANTIAGO SEVILLA-GUERRERO by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of January 24, 2008 be vacated and that a status conference be set for February 7, 2008 at 9:00 a.m.

    This continuance is being requested because defense counsel need additional time to review the plea offer with Mr. Sevilla-Guerrero with the help of a Spanish-language interpreter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for February 7, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 23, 2008         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ RACHELLE BARBOUR
                                _____
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                SANTIAGO SEVILLA-GUERRERO


                                McGREGOR SCOTT
                                United States Attorney


                                /s/ Rachelle Barbour for
DATED: January 23, 2008         _____
                                KYLE REARDON
                                Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 25, 2008

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

**2**